

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, April 9, 2015

No. 04-14-00709-CR

Francisco Javier **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9697
Honorable Ray Olivarri, Judge Presiding

## O R D E R

Appellant's brief was due to be filed in this appeal on April 6, 2015. On April 2, 2015, appellant filed a motion for extension of time to file the brief because the trial court recently entered findings of fact and conclusions of law. On April 7, 2015, a deputy clerk of this court contacted the trial court clerk regarding the findings of fact and conclusions of law, and the trial court clerk filed a supplemental clerk's record containing the findings of fact and conclusions of law which were signed on March 31, 2015. It is therefore ORDERED that the deadline for the filing of the appellant's brief shall be reset and shall run from the date the supplemental clerk's record was filed. Appellant's motion is GRANTED. The appellant's brief must be filed no later than April 27, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court